Charan M. Higbee No. 148293
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Telephone:   510.628.2145
Facsimile:   510.628.2146
Email:   charan.higbee@mhllp.com

Wendy L. Furman FL Bar No. 0085146*
**McDOWELL HETHERINGTON LLP**
2385 N.W. Executive Center Dr. Suite 400
Boca Raton, FL 33431
Telephone:   561.994.4311
Facsimile:   561.982.8985
Email:   wendy.furman@mhllp.com
Appearing * *Pro Hac Vice*

Attorneys for Defendant
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,
now known as LINCOLN NATIONAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHINDLER,<br><br>        Plaintiff,<br><br>        v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant. | Case No. 4:21-CV-01232-DMR<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE AND ORDER**<br><br>[F.R.C.P. 41(a)]<br><br>Complaint Filed: February 19, 2021<br>Trial Date: None Set |

Plaintiff Susan Schindler ("Plaintiff") and Defendant Lincoln Life Assurance Company of Boston, now known as Lincoln National Life Insurance Company ("Lincoln"), by and through their respective undersigned counsel, hereby stipulate and agree this action shall be dismissed in its entirety without prejudice and pursuant to the following terms:

1. Plaintiff and Lincoln (collectively "the parties") have reached an agreement as to plaintiff's entitlement, after October 5, 2019, to long term disability ("LTD") benefits under the subject employee welfare benefit plan and Lincoln group disability income

**Case No.** 4:21-CV-01232-DMR   1
STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE AND ORDER

policy No. GF3-860-004109-01 ("the Policy") which is the subject of plaintiff's claims in the Complaint filed in this action;

2. Lincoln has agreed to pay plaintiff LTD benefits due under the Policy from October 6, 2019 to the present, and agreed that plaintiff shall be entitled to future LTD benefits under the Policy as long as she complies with and satisfies the terms, provisions and conditions of the Policy and remains entitled to LTD benefits under the terms, provisions and conditions of the Policy;

3. Lincoln also has agreed to pay plaintiff the sum of $27,000 for her costs and attorney's fees incurred to date in litigating this action;

4. The parties agree that this action may be dismissed in its entirety without prejudice; and

5. With respect to this dismissal, no party is to be deemed the prevailing party in this action nor is any party to be deemed entitled to an award of attorney's fees and/or costs in this action except as expressly set forth in paragraph 3 above.

**SO STIPULATED.**

Dated:  October 29, 2021                         McDOWELL HETHERINGTON LLP


                                                 By: */S/ Charan M. Higbee*
                                                     Charan M. Higbee

                                                 Attorneys for Defendant LINCOLN LIFE
                                                 ASSURANCE COMPANY OF BOSTON,
                                                 now known as LINCOLN NATIONAL LIFE
                                                 INSURANCE COMPANY


Dated:  October 29, 2021                         KANTOR & KANTOR, LLP


                                                 By: */S/ Brent Dorian Brehm*
                                                     Brent Dorian Brehm

                                                 Attorneys for Plaintiff Susan Schindler

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Charan M. Higbee, attest that concurrence in the filing of this document has been obtained from the other signatories.

Executed on October 29, 2021, in Walnut Creek, California.

By: */S/ Charan M. Higbee*
    Charan M. Higbee

**ORDER**

Having read the parties' stipulation, it is hereby ordered as follows:

1. Pursuant to the terms of the parties' stipulation set forth above, this action hereby is dismissed in its entirety without prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   11/1/2021

DONNA M. RYU
United States Magistrate Judge